UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD L. THOMAS, JR.,

    Petitioner,

v.

DOUG WADDINGTON,

    Respondent.

Case No. C07-5059 RJB/KLS

ORDER GRANTING RESPONDENT'S MOTION TO SUPPLEMENT ANSWER

Before the Court is Respondent's motion to supplement his Answer to the Petition for Writ of Habeas Corpus. (Dkt. # 15). Petitioner has filed no opposition to Respondent's motion.

Accordingly, Respondent's motion (Dkt. # 15) is **GRANTED**.

Dated this 27th day of July, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1